| | |
|---|---|
| BROWNE GEORGE ROSS LLP<br>Andrew A. August (State Bar No. 112851)<br>  aaugust@bgrfirm.com<br>Kevin F. Rooney (State Bar No. 184096)<br>  krooney@bgrfirm.com<br>101 California Street, Suite 1225<br>San Francisco, California 94111<br>Telephone: (415) 391-7100<br>Facsimile: (415) 391-7198<br><br>Attorneys for Plaintiffs and Counter-Defendants<br>INNOVATIVE BOWLING PRODUCTS, LLC<br>and JOHN JAMESON | |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| INNOVATIVE BOWLING PRODUCTS, LLC, a Pennsylvania limited liability company and JOHN JAMESON, an individual,<br><br>        Plaintiffs,<br><br>    vs.<br><br>EXACTACATOR, INC., a California corporation,<br><br>        Defendant. | Case No. 2:19-cv-00177-MCE-AC<br><br>**STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADINGS AND FOR JOINT RULE 26 DISCOVERY PLAN; ORDER THEREON**<br><br>Trial Date: None Set |
| EXACTACATOR, INC., a California corporation,<br><br>        Counterclaimant,<br><br>    vs.<br><br>INNOVATIVE BOWLING PRODUCTS, LLC, a Pennsylvania limited liability company, JOHN JAMESON, an individual, and DAVID LYNCH, an individual,<br><br>        Counter-defendants. | |

1251949.1

1     WHEREAS the current date for the Counter-defendants to file their responsive pleading was April 30, 2019.

    WHEREAS the parties have held their Rule 26 Discovery Plan conference and agreed to submit the Plan on April 30, 2019.

    WHEREAS the parties need additional time to complete the above-described tasks.

    THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys that all Counter-defendants may have additional time within which to answer or otherwise respond to the Counterclaim to and including May 9, 2019.

    IT IS HEREBY FURTHER STIPULATED by and between the parties, through their respective attorneys, that parties may have additional time within which to file their Joint Rule 26 Discovery Plan and make Initial Disclosures to and including May 9, 2019.

DATED: May 3, 2019      BROWNE GEORGE ROSS LLP

By:    */s/ Andrew A. August*
      Andrew A. August
Attorneys for Plaintiffs and Counter-defendants
INNOVATIVE BOWLING PRODUCTS, LLC and
JOHN JAMESON

DATED: May 3, 2019      MICHAEL & CAMMACK

By:    */s/ John L. Cammack* (as authorized on 5/3/19)
      John L. Cammack
Attorneys for Defendant and Counterclaimant
EXACTACATOR, INC.

////

////

////

////

/////

| | |
|---|---|
| DATED: May 3, 2019 | CANDACE FIELDS LAW |
| | By: _/s/ Candace L. Fields_ (as authorized on 5/3/19)<br>Candace L. Fields<br>Attorneys for Defendant and Counterclaimant<br>EXACTACATOR, INC |

**ORDER**

Pursuant to the parties' stipulation, the parties shall answer or otherwise respond to pleadings on or before May 9, 2019. Further, parties shall file their Joint Rule 26 Discovery Plan on or before May 9, 2019.

IT IOS SO ORDERED.

Dated: May 6, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE