BROWNE GEORGE ROSS LLP
Andrew A. August (State Bar No. 112851)
  aaugust@bgrfirm.com
Kevin F. Rooney (State Bar No. 184096)
  krooney@bgrfirm.com
101 California Street, Suite 1225
San Francisco, California 94111
Telephone: (415) 391-7100
Facsimile: (415) 391-7198

Attorneys for Plaintiffs and Counter-Defendants INNOVATIVE BOWLING PRODUCTS, LLC and JOHN JAMESON and DAVID LYNCH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| INNOVATIVE BOWLING PRODUCTS, LLC, a Pennsylvania limited liability company and JOHN JAMESON,<br><br>Plaintiffs,<br><br>vs.<br><br>EXACTACATOR, INC., a California corporation,<br><br>Defendant. | Case No. 2:19-cv-00177-MCE-AC<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Morrison C. England<br>Date: October 17, 2019<br>Time: 2:00 p.m.<br>Crtrm.: 7<br><br>Trial Date: None Set |
| EXACTACATOR, INC., a California corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>INNOVATIVE BOWLING PRODUCTS, LLC, a Pennsylvania limited liability company and JOHN JAMESON, an individual and DAVID LYNCH, an individual,<br><br>Counter-defendants. | |

1339382.1

ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Having reviewed Plaintiffs Innovative Bowling Product's and John Jameson' Motion for Leave to File First Amended Complaint (ECF No. 15), as well as Defendants' Statement of Non-Opposition to said request to file an amended pleading,[1] the Court rules as follows.

"The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). In ruling on a motion for leave to amend, "a court must be guided by the underlying purpose of Rule 15 to facilitate decision on the merits, rather than on the pleadings or technicalities." *United States v. Webb, 655 F.2d 977, 979* (9th Cir. 1981). The opposing party bears the burden of showing "undue delay, bad faith, undue prejudice, or futility of amendment on the part of the moving party." *Hip Hop Beverage Corp. v. RIC Representacoes Importacao e Comerico Ltda.*, 220 F.R.D. 614, 620 (C.D. Cal. 2003).

The proposed First Amended Complaint includes allegations discovered by Plaintiffs during discovery. Thereafter, Plaintiffs promptly notified Defendant, Exactacator, Inc., that Plaintiffs intended to file an amended complaint based on the information obtained through discovery. Granting leave to amend would facilitate a decision of this action on the merits. Defendant has not shown undue delay, bad faith, undue prejudice or futility of amendment. Good cause having being shown, Plaintiffs' Motion (ECF No. 15) is hereby GRANTED. Plaintiffs are directed to file the First Amended Complaint attached to its motion as Exhibit A not later than ten (10) days after the date this Order is electronically filed.

////
////
////
////

---

[1] The Court recognizes that the Motion was opposed to the extent it sought sanctions against Defendant Exactacator and its lead counsel, John Cammack.

Regarding Plaintiffs' request for sanctions contained within the Motion, the Court will entertain that request only to the extent a separate motion is filed which permits the issue to be fully briefed.

**IT IS SO ORDERED.**

**DATED: November 19, 2019**

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE