Andrew A. August (State Bar No. 112851)
Kevin F. Rooney (State Bar No. 184096)
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone:   (415) 421-3400
Facsimile:   (415) 421-2234
E-mail:   aaugust@steyerlaw.com
          krooney@steyerlaw.com

Attorneys for Plaintiffs and Counter-Defendants
INNOVATIVE BOWLING PRODUCTS, LLC, JOHN
JAMESON, DAVID LYNCH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| INNOVATIVE BOWLING PRODUCTS, LLC, a Pennsylvania limited liability company, JOHN JAMESON, an individual, and DAVID LYNCH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EXACTACATOR, INC., a California corporation; JAMES NESBITT, an individual; BARBARA NESBITT, an individual; JOHN NAKASHIMA, an individual; STEPHEN GROOM, an individual; SHELLEY ROGERS, an individual; NAKASHIMA GOLF, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTER-ACTION. | Case No. 2:19-cv-00177-MCE-AC<br><br>Hon. Morrison C. England, Jr.<br><br>**STIPULATION AND ORDER RE: BRIEFING SCHEDULE**<br><br>Date Action Filed: Jan. 25, 2019<br>Trial Date: Not Set |

| | |
|---|---|
| 1 | WHEREAS, Defendant Exactacator's motion to dismiss and to strike portions of |
| 2 | Plaintiffs' First Amended Complaint ("MTD") (ECF #30) and Motion for Scheduling Order re |
| 3 | Pleadings ("Administrative Motion") (ECF #29) (collectively the "Motions") were initially both |
| 4 | set for hearing on January 9, 2020. |

WHEREAS, Defendant Exactacator's motion to dismiss and to strike portions of Plaintiffs' First Amended Complaint ("MTD") (ECF #30) and Motion for Scheduling Order re Pleadings ("Administrative Motion") (ECF #29) (collectively the "Motions") were initially both set for hearing on January 9, 2020.

WHEREAS, by Minute Order on December 9, 2019 (ECF #31), the Court on its own motion and pursuant to Local Rule 230(g), vacated the hearing date and ordered the matters submitted without appearance and argument.

WHEREAS because of the Christmas and New Year holidays and schedules of counsel, the parties, through their counsel, hereby stipulate and agree on the following revised briefing schedule.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys that:

1. Plaintiffs' oppositions to the Motions shall be filed and served on or before January 16, 2020.
2. Defendant's replies shall be filed and served on or before January 30, 2020.
3. The parties shall advise the court when all briefing on the Motions is completed.

DATED: December 12, 2019      STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP

By:  */s/ Andrew A. August*
     Andrew A. August
     Kevin F. Rooney
Attorneys for Plaintiffs and Counter-Defendants INNOVATIVE BOWLING PRODUCTS, LLC, JOHN JAMESON, DAVID LYNCH.

| | | |
|---|---|---|
| 1 | DATED: December 12, 2019 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 2 | | By: */s/ Jonathan W. Hughes* |
| 3 | | (as authorized on 12/12/19) |

DATED: December 12, 2019     ARNOLD & PORTER KAYE SCHOLER LLP

By:   */s/ Jonathan W. Hughes*
  (as authorized on 12/12/19)
Jonathan Hughes, SBN 186829
ARNOLD & PORTER KAYE SCHOLER LLP
3 Embarcadero Center, Floor 10th
San Francisco, CA 94111-4075
Telephone:   (415) 471-3156
Facsimile:   (415) 471-3400
Email: jonathan.hughes@arnoldporter.com

John L. Cammack, SBN 59202
MICHAEL & CAMMACK
3247 W. March Lane, Suite 120
Stockton, CA 95219-2334
Telephone:   (209) 473-8787
Facsimile:   (209) 473-8794
Email: jcammack@michaelandcammack.com

Attorneys for Defendant Exactacator, Inc.

## **ORDER**

Pursuant to the parties' stipulation, it is hereby ordered as follows: Plaintiffs' oppositions to the Motions shall be filed and served on or before January 16, 2020; Defendant's replies shall be filed and served on or before January 30, 2020; and, the parties shall advise the court when all briefing on the Motions is completed.

IT IS SO ORDERED.

DATED: January 6, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND ORDER RE: BREIFING SCHEDULE                    CASE NO. 2:19-cv-00177-MCE-AC
1771565.1 - IBP.EXACTACATOR