1  Andrew A. August (State Bar No. 112851)
   Kevin F. Rooney (State Bar No. 184096)
2  STEYER LOWENTHAL BOODROOKAS
   ALVAREZ & SMITH LLP
3  235 Pine Street, 15th Floor
   San Francisco, California 94104
4  Telephone:   (415) 421-3400
   Facsimile:   (415) 421-2234
5  E-mail:      aaugust@steyerlaw.com
                krooney@steyerlaw.com
6
   Attorneys for Plaintiffs and Counter-Defendants
7  INNOVATIVE BOWLING PRODUCTS, LLC, JOHN
   JAMESON, DAVID LYNCH
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| INNOVATIVE BOWLING PRODUCTS, LLC, a Pennsylvania limited liability company, JOHN JAMESON, an individual, and DAVID LYNCH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EXACTACATOR, INC., a California corporation; JAMES NESBITT, an individual; BARBARA NESBITT, an individual; JOHN NAKASHIMA, an individual; STEPHEN GROOM, an individual; SHELLEY ROGERS, an individual; NAKASHIMA GOLF, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTER-ACTION. | Case No. 2:19-cv-00177-MCE-AC<br><br>Hon. Morrison C. England, Jr.<br><br>**STIPULATION AND ORDER RE: BRIEFING SCHEDULE**<br><br>Date Action Filed: Jan. 25, 2019<br>Trial Date: Not Set |

1    WHEREAS, Defendant Exactacator's Motion to Dismiss Claims 11 & 13 of the First
2    Amended Complaint ("Motion") (ECF #40) was initially both set for hearing on February 20,
3    2020.

4    WHEREAS, by Amended Minute Order on January 15, 2020 (ECF #42), the Court on its
5    own motion and pursuant to Local Rule 230(g), vacated the hearing date and ordered the matters
6    submitted without appearance and argument.

7    WHEREAS because of the schedules of counsel and the efforts of counsel to meet and
8    confer to narrow the issues to be determined by the Court, the parties, through their counsel,
9    hereby stipulate:

10      1.    Plaintiff David Lynch shall file a Request for Dismissal without prejudice of the
11   13th Claim for Relief (Defamation), the only claim for which he is a Plaintiff;

12      2.    Plaintiff Innovative Bowling Products will file on Wednesday February 12, 2020
13   its opposition to the Motion as to the 11th Claim for Relief (Accounting);

14      3.    Defendants will file their Reply on February 28, 2020. Defendants shall then
15   notify the Court that the briefing on the motion is complete.

16      SO STIPULATED.

17

18   DATED: February 11, 2020          STEYER LOWENTHAL BOODROOKAS ALVAREZ
                                       & SMITH LLP
19
                                       By:   */s/ Andrew A. August*
20                                           Andrew A. August
                                             Kevin F. Rooney
21                                     Attorneys for Plaintiffs and Counter-Defendants
                                       INNOVATIVE BOWLING PRODUCTS, LLC, JOHN
22                                     JAMESON, DAVID LYNCH.

| | | |
|---|---|---|
| DATED: February 11, 2020 | | ARNOLD & PORTER KAYE SCHOLER LLP |

By:  */s/ Patrick Hall*
    (as authorized on 02/11/20)
Jonathan Hughes, SBN 186829
Patrick B. Hall, admitted *pro hac vice*
ARNOLD & PORTER KAYE SCHOLER LLP
3 Embarcadero Center, Floor 10th
San Francisco, CA 94111-4075
Telephone:   (415) 471-3156
Facsimile:   (415) 471-3400
Email: jonathan.hughes@arnoldporter.com
Email: Patrick.Hall@arnoldporter.com

John L. Cammack, SBN 59202
MICHAEL & CAMMACK
3247 W. March Lane, Suite 120
Stockton, CA  95219-2334
Telephone:   (209) 473-8787
Facsimile:   (209) 473-8794
Email: jcammack@michaelandcammack.com

Attorneys for Defendant Exactacator, Inc.

## **ORDER**

Pursuant to the parties' stipulation, Plaintiffs' oppositions to the Motions shall be filed and served on or before February 12, 2020; Defendant's reply shall be filed and served on or before February 28, 2020; and, the parties shall advise the court when all briefing on the Motions is completed.

IT IS SO ORDERED.

Dated:  February 14, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE