**FARLEY J. NEUMAN, ESQUIRE - STATE BAR #100021**
PATRICIA L. BONHEYO, ESQUIRE - State Bar #194155
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411
Email: fneuman@gnhllp.com; pbonheyo@gnhllp.com

Attorneys for Defendant STEPHEN GROOM

UNITED STATES DISTRICT OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE BOWLING PRODUCTS, LLC, a Pennsylvania limited liability company; JOHN JAMESON, an individual; and DAVID LYNCH, and individual,<br><br>Plaintiffs,<br><br>v.<br><br>EXACTACATOR, INC., a California corporation; JAMES NESBITTT, an individual; BARBARA NESBITT, an individual; JOHN NAKASHIMA, an individual; STEPHEN GROOM, an individual; SHELLEY HOLCOMB-ROGERS, an individual; NAKASHIMA GOLF, INC., a California corporation,<br><br>Defendants,<br><br>and<br><br>EXACTACATOR, INC., a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>INNOVATIVE BOWLING PRODUCTS, LLC, a Pennsylvania limited liability company, JOHN JAMESON, an individual, and DAVID LYNCH, an individual,<br><br>Counter-Defendants. | Case No. 2:19-cv-00177-MCE-AC<br><br>**ORDER GRANTING GROOM'S MOTION TO EXTEND DEADLINES FOR COMPLETION OF FACT DISCOVERY, EXPERT WITNESS DISCLOSURES AND DISPOSITIVE MOTIONS**<br><br>Trial date: none set |

Pursuant to Defendant Stephen Groom's Motion (ECF No. 57), and the Statements of Non-Opposition thereto, the Court hereby finds that good cause exists to modify its Initial Pretrial Scheduling Order (ECF No. 3.) to extend the deadlines for discovery and dispositive motions. Defendant Groom's Motion (ECF No. 57) is accordingly GRANTED. The Court hereby orders that its Initial Pretrial Scheduling Order shall be modified as follows:

1. The deadline for the completion of non-expert discovery shall be extended from January 27, 2020 up to and through July 20, 2020.

2. The deadline for the parties' initial designation of expert witnesses shall be extended from March 27, 2020 up to and through September 18, 2020.

3. The deadline for the parties' supplemental designation of expert witnesses shall be extended from April 27, 2020 up to and through October 19, 2020.

4. The deadline for the filing of dispositive motions shall be extended from July 27, 2020 up to and through January 19, 2021.

IT IS SO ORDERED.

Dated: April 7, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE