UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE BOWLING PRODUCTS, LLC, a Pennsylvania limited liability company; JOHN JAMESON, an individual; and DAVID LYNCH, and individual,<br><br>Plaintiffs,<br><br>v.<br><br>EXACTACATOR, INC., a California corporation; JAMES NESBITTT, an individual; BARBARA NESBITT, an individual; JOHN NAKASHIMA, an individual; STEPHEN GROOM, an individual; SHELLEY HOLCOMB-ROGERS, an individual; NAKASHIMA GOLF, INC., a California corporation.<br><br>Defendants.<br><br>and<br><br>EXACTACATOR, INC., a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>INNOVATIVE BOWLING PRODUCTS, LLC, a Pennsylvania limited liability company, JOHN JAMESON, an individual, and DAVID LYNCH, an individual,<br><br>Counter-Defendants. | Case No. 2:19-cv-00177-MCE-AC<br><br>**CASE SCHEDULING ORDER REGARDING PLEADINGS** |

1

In accordance with Defendant Exactacator's unopposed Motion for Case Scheduling Order re Pleadings (ECF No. 29), the deadline for Exactacator to file an answer and counterclaim(s) to the First Amended Complaint (ECF No. 27) is fourteen (14) days from the date of the entry of any ruling by the Court on the Partial Motion to Dismiss (ECF No. 30).

IT IS SO ORDERED.

Dated: April 7, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE