UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE BOWLING PRODUCTS, LLC, a Pennsylvania limited liability company; JOHN JAMESON, an individual; and DAVID LYNCH, and individual,<br><br>Plaintiffs,<br><br>v.<br><br>EXACTACATOR, INC., a California corporation; JAMES NESBITTT, an individual; BARBARA NESBITT, an individual; JOHN NAKASHIMA, an individual; STEPHEN GROOM, an individual; SHELLEY HOLCOMB-ROGERS, an individual; NAKASHIMA GOLF, INC., a California corporation,<br><br>Defendants,<br><br>and<br><br>EXACTACATOR, INC., a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>INNOVATIVE BOWLING PRODUCTS, LLC, a Pennsylvania limited liability company, JOHN JAMESON, an individual, and DAVID LYNCH, an individual,<br><br>Counter-Defendants. | Case No. 2:19-cv-00177-MCE-AC<br><br>**ORDER ON DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Trial Date: None set |

1

Having considered Defendants' Unopposed Motion to Extend Time (ECF No. 70), and good cause appearing, said Motion is GRANTED. The deadline for Defendants Exactacator, Inc., James Nesbitt, Barbara Nesbitt, Shelley Rogers, John Nakashima, and Nakashima Golf, Inc. to respond to Plaintiffs' First Amended Complaint is extended from August 14, 2020 to and including August 21, 2020.

IT IS SO ORDERED.

Dated:  August 14, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE