Andrew A. August (State Bar No. 112851)
Kevin F. Rooney (State Bar No. 184096)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone:   (415) 421-3400
Facsimile:   (415) 421-2234
E-mail:   aaugust@steyerlaw.com
    krooney@steyerlaw.com

*Attorneys for Plaintiffs and Counter-Defendants Innovative Bowling Products, LLC, John Jameson and David Lynch*

Jonathan W. Hughes, SBN 186829
ARNOLD & PORTER KAYE SCHOLER LLP
3 Embarcadero Center, Floor 10th
San Francisco, CA 94111-4024
Telephone: (415) 471-3156
Facsimile: (415) 471-3400
Email:   jonathan.hughes@arnoldporter.com

*Attorneys for Defendants Exactacator, Inc., James Nesbitt, Barbara Nesbitt, Shelley Rogers, John Nakashima, Nakashima Golf, Inc., and Stephen Groom*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| INNOVATIVE BOWLING PRODUCTS, LLC, a Pennsylvania limited liability company, JOHN JAMESON, an individual, and DAVID LYNCH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EXACTACATOR, INC., a California corporation; JAMES NESBITT, an individual; BARBARA NESBITT, an individual; JOHN NAKASHIMA, an individual; STEPHEN GROOM, an individual; SHELLEY ROGERS, an individual; NAKASHIMA GOLF, INC., a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:19-cv-00177-MCE-AC<br><br>Hon. Morrison C. England, Jr.<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES FOR COMPLETION OF FACT DISCOVERY, EXPERT WITNESS DISCLOSURES AND DISPOSITIVE MOTIONS**<br><br>Date Action Filed: Jan. 25, 2019<br>Trial Date: Not Set |

**WHEREAS,** on April 8, 2020, the Court issued an order modifying its Initial Pretrial Scheduling Order (ECF No. 3.) to extend the deadlines for discovery and dispositive motions. (ECF No. 65);

**WHEREAS,** the Defendants' Motions to Dismiss and Motion to Strike (the "Motions") were fully briefed on January 30, 2020 (ECF No. 47);

**WHEREAS,** on February 25, 2020, Defendant Stephen Groom filed an unopposed Motion to Extend Deadlines for Completion of Fact Discovery, Expert Witness Disclosures, and Dispositive Motions (ECF No. 57), which the Court granted on April 8, 2020 (ECF No. 64) and thereby modified its Initial Pretrial Scheduling Order;

**WHEREAS,** the parties agreed that in the interest of saving all parties' time, money and resources pending the Court's ruling on the motions, and due to the complicating scheduling issues resulting from the Covid-19 pandemic (Plaintiffs are residents of Pennsylvania), they would temporarily refrain from proceeding with discovery and related motions until the Court decided the Motions;

**WHEREAS,** On July 31, 2020, the Court issued an order granting in part and denying in part Exactacator Inc.'s Motion to Dismiss and to Strike, and denying the Motion to Dismiss filed by Defendants Jim and Barbara Nesbitt, Shelley Rogers, John Nakashima, and Nakashima Golf, Inc.. (ECF No. 68);

**THEREFORE,** the Parties jointly request the Court modify its existing scheduling order (ECF 64) as follows:

1. The deadline for the completion of non-expert discovery shall be extended from July 20, 2020 up to and through January 22, 2021;

2. The deadline for the parties' initial designation of expert witnesses shall be extended from September 18, 2020 up to and through to February 26, 2021;

3. The deadline for the parties' supplemental designation of expert witnesses shall be extended from October 19, 2020 up to and through March 26, 2021;

///

4. The deadline for the filing of dispositive motions shall be extended from January 19, 2021 up to and through April 30, 2021;

SO STIPULATED.

DATED: August 18, 2020                    ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ (as authorized, 08/17/2020)
   JONATHAN W. HUGHES
   Attorneys for Defendants Exactacator, Inc., James Nesbitt, Barbara Nesbitt, Shelley Rogers, John Nakashima, Nakashima Golf, Inc., and Stephen Groom

Dated: August 18, 2020                    STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP

By: /s/ Andrew A. August
   Andrew A. August
   Kevin F. Rooney
   Attorneys for Plaintiffs
   Innovative Bowling Products, LLC., John Jameson, and David Lynch

IT IS SO ORDERED.

Dated: August 18, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE