| | |
|---|---|
| 1 | Andrew A. August (State Bar No. 112851) |
| | Kevin F. Rooney (State Bar No. 184096) |
| 2 | STEYER LOWENTHAL BOODROOKAS |
| | ALVAREZ & SMITH LLP |
| 3 | 235 Pine Street, 15th Floor |
| | San Francisco, California 94104 |
| 4 | Telephone: (415) 421-3400 |
| | Facsimile: (415) 421-2234 |
| 5 | E-mail: aaugust@steyerlaw.com |
| | krooney@steyerlaw.com |

*Attorneys for Plaintiffs and Counter-Defendants Innovative Bowling Products, LLC and John Jameson and Plaintiff David Lynch*

Jonathan W. Hughes, SBN 186829
ARNOLD & PORTER KAYE SCHOLER LLP
3 Embarcadero Center, Floor 10th
San Francisco, CA 94111-4024
Telephone: (415) 471-3156
Facsimile: (415) 471-3400
Email: jonathan.hughes@arnoldporter.com

*Attorneys for Defendants/Counterclaimants Exactacator, Inc., James Nesbitt, and Barbara Nesbitt, and Defendants Shelley Rogers, John Nakashima, Nakashima Golf, Inc., and Stephen Groom*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE BOWLING PRODUCTS, LLC, a Pennsylvania limited liability company, JOHN JAMESON, an individual, and DAVID LYNCH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EXACTACATOR, INC., a California corporation; JAMES NESBITT, an individual; BARBARA NESBITT, an individual; JOHN NAKASHIMA, an individual; STEPHEN GROOM, an individual; SHELLEY ROGERS, an individual; NAKASHIMA GOLF, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:19-cv-00177-MCE-AC<br><br>Hon. Morrison C. England, Jr.<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Date Action Filed: Jan. 25, 2019<br>Trial Date: Not Set |

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Counter- |
| 2 | defendants INNOVATIVE BOWLING PRODUCTS, LLC and JOHN JAMESON, Plaintiff |
| 3 | DAVID LYNCH and Defendant and Counterclaimants EXACTACATOR, INC., JAMES |
| 4 | NESBITT, and BARBARA NESBITT, and Defendants JOHN NAKASHIMA, STEPHEN |
| 5 | GROOM, SHELLEY ROGERS and NAKASHIMA GOLF, INC., by and through their counsel of |
| 6 | record, hereby stipulate and agree to dismiss the above-captioned action in its entirety, including |
| 7 | all claims and counterclaims, with prejudice. |

SO STIPULATED.

DATED: May 4, 2021        ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ (as authorized, April 26, 2021)
    JONATHAN W. HUGHES
    Attorneys for Defendant and
    Counterclaimants Exactacator, Inc., James
    Nesbitt, and Barbara Nesbitt, and Defendants
    Shelley Rogers, John Nakashima, Nakashima
    Golf, Inc., and Stephen Groom

Dated: May 4, 2021        STEYER LOWENTHAL BOODROOKAS
                          ALVAREZ & SMITH LLP

By: /s/ Andrew A. August
    Andrew A. August
    Kevin F. Rooney
    Attorneys for Plaintiffs and Counter-
    defendants Innovative Bowling Products,
    LLC and John Jameson, and Plaintiff David
    Lynch

**ORDER**

In accordance with the foregoing stipulation of the parties, and good cause appearing, the above-entitled action is hereby DISMISSED, with prejudice. The matter having been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: May 4, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE